IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No. 3:06cv538/LAC/EMT

KIMBERLY K. HANSON,

    Defendant.
_____/

**O R D E R**

1. Plaintiff's motion to approve consent judgment (doc. 4), agreed and stipulated to by the parties, is **GRANTED**.

2. Judgment shall be entered against Defendant in the principal sum of $58,831.84 plus interest in the amount of $31,035.29 accrued through November 15, 2006, plus accruing interest at the annual rate of 12.625% as set forth in the Certificate of Indebtedness prepared by the Department of Health and Human Services which is attached to the complaint and incorporated herein, plus court costs in the sum of $350.00.  This amount is a debt to the United States as defined in the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. Sections 3001-3308.  *See* 28 U.S.C. § 2002(3)(B).

3.  **WHEREFORE**, Judgment is entered against Defendant Kimberly K. Hanson in the sum of $89,831.84 (principal $58,831.84 plus interest $31,035.29).  Post-judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. §1961(a) and shall be computed daily and compounded annually until paid in full.

**ORDERED** on this 6th day of March, 2007.

*s/L.A. Collier*
Lacey A. Collier
United States District Judge